# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131136 & (46)

TROY ORLANDO BRASSELL,
      Plaintiff-Appellee
      and Cross-Appellant,

v

OFFICER DARRIN LABAN,
      Defendant-Appellant
      and Cross-Appellee,

and

CITY OF TAYLOR and OFFICER TED
MICHOWSKI,
      Defendants.
_____/

SC: 131136
COA: 252749
Wayne CC: 02-242387-NI

On order of the Court, the application for leave to appeal the March 28, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN, J., would reverse for the reasons stated in the Court of Appeals partial dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

d1025

_____
Clerk